# ELECTRONIC RECORD

COA # 02-14-00003-CR          OFFENSE: 64.01

STYLE: Charles Martin v. The State of Texas          COUNTY: Wichita

COA DISPOSITION:    AFFIRMED          TRIAL COURT: 89th District Court

DATE: 10/09/14          Publish: NO     TC CASE #: 38,715-C

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Charles Martin v. The State of Texas          CCA #: 1577-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 03/18/2015          SIGNED: _____     PC: _____

JUDGE: Per Curiam          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD